UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLDEN GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE IBERIAN HOMEOWNERS ASSOCIATION, and others,<br><br>　　　　　Defendants. | Case No. 21-cv-03067-NC<br><br>**OSC WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: ECF 6 |

The Court received Plaintiff Holden Green's notice of voluntary dismissal on June 15, 2021.  ECF 6.  The Court also received Green's first amended complaint on June 15, 2021, although Green's signature in the document is dated June 13, 2021.  *See* ECF 7.  Because of the overlapping timeline, it is unclear to the Court if Green intends to dismiss this case.  Accordingly, the Court ORDERS Green to show cause in writing why the case should not be dismissed by June 23, 2021.  Because not all parties have consented to the jurisdiction of a magistrate judge, if Green does not file a response by June 23, the Court will REFER the case to a District Judge with the RECOMMENDATION to dismiss it.

　　　**IT IS SO ORDERED.**

//

//

1
2   Dated: June 16, 2021
3                                                             _____
                                                              NATHANAEL M. COUSINS
                                                              United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28